# Court of Appeals
# of the State of Georgia

ATLANTA, October 31, 2012

*The Court of Appeals hereby passes the following order*

**A13D0074. MARILYN E. GOODRICH v. ISAAC GOODRICH.**

    Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

08CV42853



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, October 31, 2012.

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*